# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

**Payne, Thomas Randle**,
[You are the PLAINTIFF, print your full name on this line.]

v.

**Daniel Radecki, ACPD #330**,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

FILED
MAY 23 2022
At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Case Number **1:22CV174**
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] City of Fort Wayne, IN | |
| 2 | [Put the names of any other defendants in these boxes.] Daniel Radecki, ACPD #330 | Fort Wayne Police Department |
| 3 | Bryan Heine, ACPD #276 | Fort Wayne Police Department |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? **8**

2. What is the name and address of your prison or jail? **Corrections Center of Northwest Ohio 3151 County Road 24.25 Stryker OH 43557-9418**

3. Did the event you are suing about happen there? ◯ Yes  ⊗ No, it happened at: **1901 Hillside Ave Fort Wayne, IN 46805**

4. On what date did this event occur? **February 4, 2021**

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

| | |
|---|---|
| 4. Jeffery Smallwood ACPD #222 | Fort Wayne Police Department |
| 5. Rodney Hormann ACPD #342 | Fort Wayne Police Department |
| 6. Andrew Brenneke ACPD #298 | Fort Wayne Police Department |
| 7. Darren Compton ACPD #282 | Fort Wayne Police Department |
| 8. Sean Kelly ACPD #286 | Fort Wayne Police Department |

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Radecki, the affiant in the search warrant affidavit, document 1, intentionally made false statements that were necessary for probable cause. The statement is in the eighth paragraph of the 1st document. Radecki states he was 25-30 feet from the residence. That is a fabrication. The fabrication was material to magistrates probable cause determination. Reconstruction of the affidavit minus the fabrication leaves affiant clearly void of probable cause. Im suing Radecki in this instance pursuant to 42 USCS 1983 violation or deprivation of my fourth amendment right.

2. Radecki handcuffed me and transported me to Allen County Jail. En route I asked why he hadn't read me my Miranda rights. Radecki responded he didn't have to because I was being detained and not arrested. This was false. In his police report Radecki states I was indeed arrested at the time, he also uses statements I made against me. The police report is document #2. This interaction can be viewed on the transport tape of car 199 on the aforementioned date. On this tape, when Radecki mentions the search warrant I immediately say he didn't have probable cause Radecki says "Well, I got it." Giving reasonability to the above claim that he fabricated probable cause. In this instance Im suing Radecki pursuant to 42 USCS 1983 for violating my Fifth amendment privilege against self incrimination, and my 14th amendment by obtaining a confession by coercive conduct. Radecki's actions clearly "shocks the conscience" and is a case of government official abusing their power or employing it as an instrument of oppression. Radecki was acting under the

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

color of the law and I am suing him in his individual capacity.

3. Pursuant to 42 USCS 1985(3) defendants Radecki, Heine, Smallwood, Hormann, Brenneke, Compton, and Kelly conspired for the purpose of depriving me directly (Radecki) and indirectly (other defendants) of my equal protection of the laws. The timing of the conspiracy was when the officers met at my residence, and Radecki left to get the search warrant while the others stayed and circled the residence.

4. Pursuant to 42 USCS 1986 Defendants Heine, Smallwood, Hormann, Brenneke, Compton and Kelly neglected to prevent the conspiracy. Officers knew they were bereft of probable cause. At least one had to inquire about probable cause. None of these officers present stopped Radecki from his malicious actions.

5. Pursuant to 42 USCS 1983 the city of Fort Wayne is liable, as a municipality for violations of my 4th, 5th, and 14th amendments by maintaining de facto policies of 1) Improperly training police officers 2) Neglecting to punish officers who violate the Constitution 3) Covering up for police officers who have unlawfully used their position to harm others. These practices emboldened officer Radecki, he was acting with impunity and in a manner in which he thought he was impervious to the consequences of his misconduct. Proper training would have led to Radecki getting an anticipatory warrant in the beginning and letting the box be delivered.

6. Defendants Heine, Smallwood, Hormann, Brenneke, Compton, and Kelly were all acting under the color of the law. I am suing each of these defendants in their individual capacity.

5. When did this event happen?
   - ☒ Before I was confined.
   - ◯ While I was confined awaiting trial.
   - ◯ After I was convicted while confined serving the sentence.
   - ◯ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ☒ No.
   - ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ☒ No, this event is not grievable at this prison or jail.
   - ◯ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ◯ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   Seeking One million dollars in compensatory and punitive damages. 17K from money lost to Ravenscroft Beauty College, 1K for confiscated Iphone, 5K for property destroyed during raid of home. 50K for loss of wages up to one year based on employment duration of second to last position, with final jobs wages. The rest in compensatory punitive damages in their full scope.

[Initial Each Statement]

   PTR   I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   PTR   I will keep a copy of this complaint for my records.
   PTR   I will promptly notify the court of any change of address.
   PTR   I WILL NOT send more than one copy of any filing to the court.
   PTR   I WILL NOT send summons, USM-285, or waiver forms to the clerk.
   PTR   I declare under penalty of perjury that the statements in this complaint are true.

   I placed this complaint in the prison mail system on  05 / 17 /20 22  at  4:00  am/pm.
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

   _____          240994
   Signature                                Prisoner Number

   [DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]